Cause Number: 2-15-341-CV

RECEIVED
OCT 26 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Petitioner/
Plaintiff ROBIN MARLENE WILLIAMS

Respondent/
Defendant WILLIAM ROBERT WILLIAMS

In the

☐ District Court
☐ County Court at Law
☐ Justice of the Peace

SECOND COURT
OF APPEALS

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

_____ County, Texas

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
OCT 26 2015
DEBRA SPISAK, CLERK

## Affidavit of Indigency
### (Request to Not Pay Court Fees)

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: 1) you get public benefits because you are poor or (2) you can't pay court fees.

The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you swear under oath that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you declare under penalty of perjury that the information provided is true and correct.

You can be prosecuted if you lie on this form.

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

**☐ The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is WILLIAM R. WILLIAMS

"My mailing address is 1620 FM 3344, JACKSBORO, TX 76458      My phone number is (     )

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.

*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

**☐ "I receive these public benefits/government entitlements that are based on indigency:**

☒ SSI  ☐ WIC  ☐ Food Stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ AABD
☐ Needs-based VA Pension  ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")  ☐ Community Care via DADS  ☐ Low-Income Energy Assistance
☐ Emergency Assistance  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing  ☐ Other: (Describe) _____

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

**☐ "My income sources are stated below.** (Check all that apply)

☒ Unemployed since: (date) SEPTEMBER 2014

☐ Wages: I work as a _____ -or- _____
   *(your job title)*      *(your employer)*

☐ Child/spousal support  ☐ My spouse's income or income from another member of my household (if available)
☐ Tips, bonuses  ☐ Military Housing  ☐ Worker's Comp  ☐ Disability  ☐ Unemployment  ☐ Social Security
☐ Retirement/Pension  ☐ Dividends, interest, royalties  ☐ 2nd job or other income:

**☐ "My income amounts are stated below.**

a) My monthly net income after taxes are taken out is:                    total income after taxes → $ 0
b) The amount I receive each month in public benefits is:                  total amount received → $ ____
c) The amount of income from other people in my household is:              total amount received → $ ____
d) The amount I receive each month from other sources is:                  total amount received → $ ____
e) My TOTAL monthly income is                                             Add all sources of income above → = $ 0

About my *dependents*: The people who depend on me financially are listed below:

1. N/A
2. 
3. 
4. 
5. 
6. 

*My property includes:*

| | Value* |
|---|---|
| Cash | $ |
| Bank accounts, other financial assets (List) | |
| | $ |
| | $ |
| | $ |
| Vehicles (cars, boats) (List make and year) | |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| | $ |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| | $ |
| | $ |

Total value of property → = $

*My monthly expenses are:*

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ |
| Food and household supplies | $ |
| Utilities and telephone | $ |
| Clothing and laundry | $ |
| Medical and dental expenses | $ |
| Insurance (life, health, auto, etc) | $ |
| School and child care | $ |
| Vehicle payments | $ |
| Gas, bus fare, auto repair | $ |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments | $ |
| Other expenses (Describe) | $ |
| | $ |
| | $ |
| | $ |

Total monthly Expenses → = $

*My debts include:* _____ 58,000 OF RESTITUTION

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it *Exhibit: Additional Supporting Facts.* Check here if you attach another page. ☐

"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

Your Signature.

State of Texas

County of

Sworn to and subscribed before me today.

# Unsworn Declaration
(Texas Civil Practice and Remedies Code, Section 132.001)

My name is: __WILLIAM_ __ROBERT_ __WILLIAMS_ ,
             First            Middle           Last

my date of birth is: __11_ / __25_ / __1956_ , and
            Month   Day   Year

my address is: __1620 FM 3344_ __JACKSBORO_ __TX_ __76458_
          Street Address     City     State     Zip Code

and __JACK_ .
      Country

---

(If you are incarcerated, you must also include the following information.)

My inmate identifying number, if any, is: __1959492_ .

I am presently incarcerated in: _____
                   Corrections Unit Name

in: _____
  City      County      State     Zip Code

---

**I declare under penalty of perjury that all information in the attached document titled,**

__AFFIDAVIT OF INDIGENCY_ , is true and correct.
        Name of Document

Signed in __JACK_ County, __TEXAS_ ,
        County           State

on this date: __10_ / __22_ / __15_ .
      Month  Day  Year

__William Robert Wille_
**Your Signature**

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law. This provision does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be 1) in writing, 2) signed by the person making the declaration as true under penalty of perjury and 3) in substantially the form used above.

© TexasLawHelp.org – Unsworn Declaration, August 2012